## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

JIM D. JOHNSON, and AMY JOHNSON,

        Plaintiffs,

v.

LOVE, BEAL & NIXON, and INFINITY ASSET ACCEPTANCE LLC,

        Defendants.

Case No. 13-CV-129-CVE-FHM

### NOTICE TO TAKE DEPOSITION

To:   JIM D. JOHNSON
       c/o Victor R. Wandres
       4835 S. Peoria Avenue, Suite One
       Tulsa, OK  74105
       *Attorney for Plaintiff*

Please notice that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the Defendant, Love, Beal & Nixon, P.C., will take the deposition of Plaintiff Jim D. Johnson upon oral examination by stenographic means on November 20, 2013, at 10:00 a.m., the same to be taken at the offices of Victor R. Wandres, 4835 S. Peoria Avenue, Suite One, Tulsa, OK  74105.

It is requested that the Plaintiff bring with him to the deposition all documentation supporting any claim for which he seeks compensation in this case.

Said deposition shall be used as evidence in the above-styled case, and all parties have the right to attend and cross-examine the deponent.

Respectfully Submitted,

/s/ Randon J. Grau
RANDON J. GRAU, OBA #19109
CHEEK & FALCONE, PLLC
6301 Waterford Blvd., Suite 320
Oklahoma City, OK  73118-1168
Telephone:  (405) 286-9191
Facsimile:  (405) 286-9670
rgrau@cheekfalcone.com
*Attorneys for Defendant, Love, Beal & Nixon, P.C.*

## CERTIFICATE OF SERVICE

☑ I hereby certify that on October 10, 2013, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

- **Victor R Wandres -** victor@paramount-law.net, sherry@wandreslaw.com

/s/ Randon J. Grau

S:\10437.063\(44767).DOC