05-11338-0 G11 004

ruary 23, 2012

IN THE DISTRICT COURT OF CREEK COUNTY
STATE OF OKLAHOMA

INFINITY ASSET ACCEPTANCE, LLC, )
)
Plaintiff, )
vs. )  Case No. CJ-2005-772
)
JIM D JOHNSON, )  BANK/FINANCIAL INSTITUTION
)
Defendant. )

RECEIVED
MAR 0 6 2012
BY: /s/

FILED IN DISTRICT COURT
CREEK COUNTY SAPULPA OK

MAR -5 2012
TIME 9:39
Amanda VanOrsdol, COURT CLERK

**GARNISHMENT AFFIDAVIT**
(12 O.S. Supp. 2004 § 1172)

STATE OF OKLAHOMA )
) ss.
COUNTY OF OKLAHOMA )

I, the undersigned attorney, of Love, Beal & Nixon, P.C., being duly sworn, state as follows:

1. We* are Attorney(s) for Judgment Creditor/Plaintiff in the above-styled case;

2. For Prejudgment Garnishment only: Not applicable

3. **For Postjudgment Garnishment only:** That JIM D JOHNSON, the Judgment Defendant/Debtor is further indebted to the Judgment Creditor/Plaintiff as follows:

   $ 10,994.39    Interest-bearing balance
                  Interest at 7.250% from January 4, 2006
   $    477.00    Court costs not included in interest-bearing balance
   $  1,141.20    Attorney fees not included in interest-bearing balance
   $ 12,612.59    **Total Garnishment amount**

4. I verily believe, as an attorney for the plaintiff, that **American Heritage Bank** is indebted to or has property within its possession or under its control, belonging to the Judgment Debtor/Defendant Jim D Johnson; in the action or execution and that the indebtedness or property is, to the best of my knowledge and belief as the person making this affidavit, not by law exempt from seizure or sale upon execution.

5. Plaintiff **IS NOT** seeking a **CONTINUING GARNISHMENT**.

In accordance with *12 O.S. § 426*, I state under penalty of perjury under the laws of Oklahoma that the laws of Oklahoma that the foregoing is true and correct. I execute this affidavit on this day, February 23, 2012, at P.O. Box 32738 Oklahoma City, Oklahoma 73123

Attorney for Judgment Creditor/Plaintiff

*LOVE, BEAL & NIXON, P.C.
Attorneys at Law
P.O. Box 32738
Oklahoma City, OK  73123
Telephone:  405-720-0466
Fax: 405-773-2602

Page 1 of 7

05-11338-0 G11 004

IN THE DISTRICT COURT OF CREEK COUNTY
STATE OF OKLAHOMA

INFINITY ASSET ACCEPTANCE, LLC,  )
                                  )
    Plaintiff,                    )
vs.                               )  Case No. CJ-2005-772
                                  )
JIM D. JOHNSON,                   )
SS# XXXXX2483                     )
                                  )
    Defendant,                    )  POST-JUDGMENT GARNISHMENT
and                               )  BANK/FINANCIAL INSTITUTION
                                  )
                                  )
American Heritage Bank            )         FILED IN DISTRICT COURT
P.O. Box 1408                     )         CREEK COUNTY SAPULPA OK
Sapulpa, OK 74067                 )
    Garnishee.                    )              MAR -5 2012
                                  )
         **GENERAL GARNISHMENT SUMMONS**    TIME  9:39
                                             Amanda VanOrsdol, COURT CLERK

THE STATE OF OKLAHOMA, to Said Garnishee:

You are hereby summoned pursuant to the attached affidavit as garnishee of the Judgment Debtor:

    Jim D Johnson XXXX  REDACTED

> **Please see next page, "NOTICE TO GARNISHMENT BANK or FINANCIAL INSTITUTION"
> to assist you in identifying the Judgment Debtor.**

You are required within ten (10) days from the date of service of this summons upon you, to answer according to law whether you are indebted to, or have in your possession or under your control, any property belonging to such Judgment Debtor/Defendant, to file your answer with the clerk of this court and, at the time that you file your answer, to deliver or mail a copy of your answer to the Judgment Creditor's attorney of record and to the Judgment Debtor/Defendant. You are further ordered to withhold any such property or indebtedness belonging to said Judgment Debtor or owing on the date of service of this summons, and to pay the required amount and/or deliver the property to the attorney for Judgment Creditor, unless otherwise ordered by the Court when you file your answer. If you are a financial institution, you may proceed in accordance with 31 CFR Part 212, or similar federal or state law, if applicable, and you are further ordered to withhold any unprotected property or indebtedness belonging to such judgment debtor or owing on the date of your review of debtor's account, and to pay such unprotected amount and/or deliver the property to the attorney for judgment creditor or judgment creditor if not represented by an attorney, unless otherwise ordered by the court when you file your answer.

The garnishee is indebted to, holds property or money belonging to the Judgment Debtor/Defendant, the garnishee immediately shall mail by first class mail a copy of the Notice of Garnishment and Exemptions, and the application for Hearing to the Judgment Debtor/Defendant at the last-known address of the Judgment Debtor/Defendant shown on the records of the garnishee at the time the garnishment summons was served on the garnishee. If more than one address is shown on the records of the garnishee at the time of service of the summons, the garnishee shall discharge his duty by mailing to any one of the addresses shown on its records. In lieu of mailing, the garnishee may hand deliver a copy of the notice of garnishment and exemptions, and the application for hearing, to the Judgment Debtor/Defendant.

You are hereby directed to pay to the attorney for Judgment Creditor, with your answer, the amount/or property stated in the answer and, in case of your failure to do so, you will be liable to further proceedings according to law, and judgment shall be rendered against you in the amount of the judgment rendered against the principal Judgment Debtor/Defendant with a present balance of ****$12,612.59****, together with costs in the principal action and cost of the garnishment proceeding.

Issued this 5 day of March 12, and shall be returned with proof of service within five (5) days of this date, except when issued to another county it shall be returned with proof of service within ten (10) days.

                            Amanda VanOrsdol
                            _____  Peggy Hill
                        By:
                                   DEPUTY

LOVE, BEAL & NIXON, P.C.
Attorney for Plaintiff/Judgment Creditor
P.O. Box 32738
Oklahoma City, OK 73123
Telephone: 405-720-0466
Fax: 405-773-2602

February 23, 2012

05-11338-0 G11 004

# NOTICE TO GARNISHMENT BANK
## or
## FINANCIAL INSTITUTION

Name of Judgment Debtor:

JIM D JOHNSON

Social Security Number of Judgment Debtor:

REDACTED

Pursuant to Judgment Debtor's right of privacy with regard to non-disclosure of Judgment Debtor's social security number:

**DO NOT RETURN THIS PAGE TO THE COURT CLERK.**