# SMAKAL, MUNN & MATHIS, PLLC
### ATTORNEYS AND COUNSELORS AT LAW

Kelly A. Smakal
Justin B. Munn
Stephan S. Mathis, CPA
Elizabeth W. Burden

320 SOUTH BOSTON AVENUE, SUITE 718
TULSA, OKLAHOMA 74103
TELEPHONE (918) 582-3400
FACSIMILE (918) 582-3402
www.smakalmunnmathis.com

Sender's direct e-mail:
smathis@smakalmunnmathis.com

FILE

*Via Facsimile Only 405-773-2602*

May 2, 2012

Love, Beal & Nixon, P.C.
Attn: Vicky
6621 N. Meridian Avenue
Oklahoma City, Oklahoma 73116

RE: *Infinity Asset Acceptance v. Jim D. Johnson*, Creek County Case No CJ-2005-772

Dear Vicky:

      As we discussed earlier today, I have been retained by Jim Johnson to assist him in investigating the judgment entered against him in the above-referenced matter. As such, I am requesting that Love, Beal and Nixon provide me with a copy of the original application for the debt that gives rise to this judgment and any other documentation which may tie my client to the subject debt. Specifically, I need to see if the Judgment Creditor is my client or a different Jim Johnson.

      Obviously, if the instrument is signed by my client and this debt is actually his, we will take the proper action to resolve this debt. However, if Mr. Johnson is not the proper debtor, we will request that your firm release the funds currently held by American Heritage Bank pursuant to the garnishment issued by your firm on or about March 5, 2012.

      Please fax the requested information to me at 918-582-3400 as soon as possible.

Best regards,

*Stephan S Mathis*

Stephan S. Mathis