

# PARAMOUNT LAW
CONSUMER PROTECTION FIRM

4835 S. PEORIA AVENUE, SUITE 1, TULSA, OK 74105
VOICE (918) 200-9272 FAX (918) 895-9774

reply to sender:
victor@paramount-law.net

August 29, 2013

***Via Facsimile (405) 286-9670***
Randy Grau
Cheek & Falcone
6301 Waterford Boulevard
Suite 320
Oklahoma City, Oklahoma 73118

    Re:  Love, Beal & Nixon, P.C. v. Jim D. Johnson;
         Northern District of Oklahoma 4:13-cv-00129-CVE-FHM
         **Objection to Subpoena to American Heritage Bank**

Dear Randy:

It was pleasure speaking with you this afternoon.

As we discussed, the plaintiffs object to the issuance of the *subpoena duces tecum* served to their bank, American Heritage Bank, that seeks, essentially, every banking record they have with that bank.

As we discussed, this lawsuit is about your client confusing my client for a different "Jim Johnson," and improperly garnishing my clients' joint bank account at American Heritage Bank. After returning the improperly garnished funds, your client then *unilaterally moved to vacate its own judgment* against my client, further showing its knowledge of its wrongful activity.

My clients object to the subpoena and the further intrusion upon their personal lives. There is no relevance of their banking documents other than any correspondence to or payments made to either your client, co-defendant Infinity Asset Acceptance, or the alleged original creditor, Household Automotive Finance Corp. As we discussed, upon proper request for production served on my clients, my clients will produce information related to their damages.

Accordingly, I request that you notify American Heritage Bank that you will be modifying the subpoena to seek only information related to any payments made to your client, co-defendant Infinity Asset Acceptance, or the alleged original creditor, Household Automotive Finance Corp., and the following documents we have agreed to produce: 1) Plaintiffs'

address information during their relationship with the bank, and 2) copies of signature cards for Plaintiffs.

As we discussed, there have been absolutely no documents produced by your client which would show that my client was ever indebted to your client, Household Automotive Finance Corp. or Infinity Asset Acceptance.  I renew Mr. Mathis's request that your client provide me with any documentation that would tie my client to the subject debt. The original finance agreement would be most appropriate.

On May 8, 2012, your client sent my clients' attorney, Stephan Mathis, correspondence allegedly "validating" the subject debt that contained the last 4 digits of my client's social security number. We discussed that you would speak with your client to see how it obtained my client's social security number, and through which documents such information was conveyed to it by its client. Along these lines, I will send you a request for production of documents in the next several days seeking the same information.

Yours Very Truly,

Victor R. Wandres

VRW:sp