March 6, 2012

JIM D JOHNSON
6711 S TROOST AVE
TULSA OK 74136-3814

Dear Mr. Johnson:

This is to notify you that as of today, we have debited your checking account number ending in xxxxx~~4000~~ for $12,612.59 in response to Garnishment Summons Case No. CJ-2005-772.

If you feel you are exempt from this garnishment, complete the exemption papers and submit them to the District Court of Creek County.

Sincerely,


Amanda Munson
Assistant Cashier