January 21, 2013

IN THE DISTRICT COURT OF CREEK COUNTY
STATE OF OKLAHOMA

FILED IN DISTRICT COURT
CREEK COUNTY SAPULPA OK
JAN 24 2013
TIME 1:39
Amanda VanOrsdol, COURT CLERK

| | |
|---|---|
| INFINITY ASSET ACCEPTANCE, LLC, ) | |
| Plaintiff, ) | |
| vs. ) | No. CJ-2005-772 |
| JIM D JOHNSON ) | |
| Defendant. ) | |

## PLAINTIFF'S APPLICATION TO VACATE PLAINTIFF'S OWN DEFAULT JUDGMENT AND DISMISS CASE WITHOUT PREJUDICE

COMES NOW the Plaintiff and requests the Court to vacate Plaintiff's Default Judgment entered on January 4, 2006 and dismiss this case without prejudice.

WHEREFORE, premises considered, Plaintiff prays that the Default Judgment be vacated and the case be dismissed without prejudice.

William L. Nixon, Jr., #012804
J. Michael Morrison, #017955
Nancy R. Potter, #021327
Harley L. Abrahamsen, #019736
Jenifer A. Gani, #021876
Tracy Cotts Reed, #013577
Keith A. Daniels, #019788
Attorneys for Plaintiff
LOVE, BEAL & NIXON, P.C.
P.O. Box 32738
Oklahoma City, OK  73123
Telephone:  405/720-0565

## VERIFICATION

STATE OF OKLAHOMA    )
                     ) SS.
COUNTY OF OKLAHOMA   )

The undersigned being first duly sworn, upon oath deposes and says: That he is one of the attorneys for the Plaintiff in the above entitled action; that he prepared the above foregoing Application, knows the contents thereof, and that to the best of his knowledge and belief, the matters and things therein set forth are true and correct.

Attorney for Plaintiff

Subscribed and sworn to before me on January 21, 2013.

My Commission Expires: 3-25-15

NOTARY PUBLIC